PISCATAWAY TOWNSHIP BOARD OF EDUCATION v.
PISCATAWAY TOWNSHIP EDUCATION
ASSOCIATION.

October 16, 1984.

Petition for certification denied.

DONALD J. CANASTRA v. BOARD OF TRUSTEES, POLICE
AND FIREMEN'S RETIREMENT SYSTEM.

October 16, 1984.

Petition for certification granted.

DANIEL KANE, JR. v. BOARD OF TRUSTEES, POLICE
AND FIREMEN'S RETIREMENT SYSTEM.

October 16, 1984.

Petition for certification granted.

EVELYN FRANKENFIELD v. JOSEPH TOLOTTA.

October 16, 1984.

Petition for certification denied.